UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

Tyree William Davis,   Case No. 15-32122-KLP
                       Chapter 13
    Debtor.

## ORDER

On April 22, 2015, debtor Tyree William Davis filed a voluntary petition (the "Petition") under Chapter 13 of the Bankruptcy Code. According to the debtor's petition, the debtor resides in Lynchburg, Virginia. A voluntary petition must be filed in the district and division in which the debtor's domicile, residence, principal place of business, or principal assets were located for the greater part of the 180 days immediately preceding the petition date. 11 U.S.C. § 1408(1); LBR 5005-1(A)(1). The Richmond Division does not include Lynchburg, Virginia, within its jurisdiction. *See* LBR 1071-1(B)(3).

The Court, in light of the above, issued an order requiring the Debtor to appear before the Court to show cause why the case should not be transferred to the United States Bankruptcy Court for the Western District of Virginia, Lynchburg Division. A hearing on the order to show cause was held on May 13, 2015, at which time the Court ruled that the order to show cause would be dismissed and the case transferred to the United States Bankruptcy Court for the Western District of Virginia, Lynchburg Division. In consideration whereof, for the reasons stated in open court, it is

1

**ORDERED** that this case be transferred to the United States Bankruptcy Court for the Western District of Virginia, Lynchburg Division, and it is further

**ORDERED** that the order to show cause is **DISMISSED**.

Signed: May 13, 2015

/s/ Keith L. Phillips
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: May 14, 2015

Copies to:

Tyree William Davis
308 Monroe Street
Lynchburg, VA 24504

Brett Alexander Zwerdling
Zwerdling, Oppleman & Adams
5020 Monument Ave.
Henrico, VA 23230

Carl M. Bates
P.O. Box 1819
Richmond, VA 23218

Robert Van Arsdale
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

A True Copy Teste:
William C. Redden, Clerk
By: /s/ [signature]
Deputy Clerk